**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000261
05-DEC-2025
08:11 AM
Dkt. 45 OAWST**

NO. CAAP-25-0000261


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


CHAD K. BRANCO; LISA-LEE K. BRANCO, Plaintiffs-Appellees,
v.
FRANCIS DEREK BROWN; CHARLTON Y. CHANG, Individually and as
Trustee of the CHANG TRUST DATED DECEMBER 12, 2002; MARIA C.
CHANG, Individually and as Trustee of the CHANG TRUST DATED
DECEMBER 12, 2002; TODD D. LENET; ELENA M. MATTHEWS; LUIS M.
LITONJUA; THOMAS J. MASTERSON; MARIA E. MASTERSON; DENNIS J.
LUBRANO; and JUANILLA F. LUBRANO, Plaintiffs-Appellants,
and
GILBERTINET T. MALLOE; LINDSEY C. MALLOE, Plaintiffs-Appellees,
v.
BANK OF AMERICA, N.A., Defendant/Cross-Claim Defendant-Appellee,
and AUSTIN D. BRYANT; ANGELA C. BRYANT; NAVY FEDERAL CREDIT
UNION, Defendants/Cross-Claim Plaintiffs-Appellees, and
DOE DEFENDANTS 1-50, Defendants.
---
FEDERAL HOME LOAN MORTGAGE CORPORATION,
Third-Party Defendant-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-19-0002395)


ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the **Stipulation** for Dismissal
with Prejudice of Appeal, filed October 16, 2025, by Defendant-
Appellee Bank of America, the papers in support, and the record,
it appears that (1) the appeal has been docketed; (2) under
Hawai‘i Rules of Appellate Procedure Rule 42(b), the parties
stipulate to dismiss the appeal with prejudice and bear their own

attorneys' fees and costs; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, December 5, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge